### Commonwealth *v.* Shank, Appellant.

Before DOTY, J.

Submitted March 17, 1969. *Martin W. Bashoff,* for appellant; *Taras M. Wochok* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth, Appellant, *v.* Shupe.

Before MARRONE, J.

Argued March 19, 1969. *A. Thomas Parke, III,* Assistant District Attorney, with him *Norman J. Pine,* District Attorney, for Commonwealth, appellant; *David C. Patten,* for appellee.

Order affirmed.